In re the ESTATE of Martha J. KNIPE, Deceased.

Bobby G. CASEY, Appellant,

v.

Kathy BRASHER, et al., Respondents.

No. 45043.

Missouri Court of Appeals, Eastern District, Division Four.

July 17, 1984.

Harry L. Ritchey, St. Ann, Edward L. Thomeczek, Clayton, for appellant.

Darryl L. Hicks, Warrenton, John W. Thiebes, Pacific, Timothy K. Kellett, St. Louis, for respondents.

ORDER

PER CURIAM:

This is an appeal from a judgment of the Probate Division of the Circuit Court of Warren County, Missouri denying a Petition for Order Directing Personal Representative to Convey and Purchase Real Property Pursuant to Agreement and Contract of Decedent filed by Bobby G. Casey, the appellant, as "personal representative, estate of Martha J. Knipe, decedent."

The judgment of the trial court is affirmed. Rule 84.16(b) V.A.M.R.